UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1538
(1:24-cv-00790-PTG-IDD)

_____

BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION
FUND

       Plaintiff - Appellee

v.

MICHAEL TARDIF; MERECEDES TARDIF

       Defendants - Appellants

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:24-cv-00790-PTG-IDD |
| Date notice of appeal filed in originating court: | 04/29/2026 |
| Appellant(s) | Michael Tardif and Mercedes Tardif |
| Appellate Case Number | 26-1538 |
| Case Manager | P. Ballard<br>804-916-2702 |